FRANK DAU v. FRED BURNHAM.[1]

April 6, 1923.

No. 23,296.

Sale of corn—verdict for plaintiff sustained—variance between date alleged
and proved immaterial. [Reporter.]

Action in justice court to recover $50 for 150 shocks of corn. From a
judgment in favor of plaintiff, defendant appealed to the district court for
Otter Tail county, where the appeal was heard by Parsons, J., and a jury
which returned a verdict in favor of plaintiff for $53.40. From an order
denying his motion for judgment notwithstanding the verdict or a new
trial, defendant appealed. Affirmed.

*Jesse A. Schunk,* for appellant.

*M. J. Daly,* for respondent.

PER CURIAM.

Appeal from an order denying defendant's alternative motion for judg-
ment or a new trial.

The complaint alleged a sale and delivery of corn and nonpayment of the
purchase price. The answer was a general denial. The specific defense
was that the corn had been sold to a man named Gray instead of to the
defendant. Our examination of the record has satisfied us that there was
sufficient evidence to prove that the corn was sold to defendant and not to
Gray and to support the verdict in plaintiff's favor. This disposes of de-
fendant's principal contention upon this appeal.

The complaint alleged a sale in the month of October, 1920. The evi-
dence was that the terms of sale were not agreed upon until about a month
later than the date alleged. This was an immaterial variance. Hayden
v. Albee, 20 Minn. 143 (159); Pennington v. Roberge, 122 Minn. 295, 142
N. W. 710.

Order affirmed.

[1]Reported in 193 N. W. 33.